Argued and submitted October 22, affirmed November 14, 1985

STATE OF OREGON,
*Respondent,*

*v.*

CHESTER STRATHER BASS, JR.,
*Appellant.*

(85-4273; CA A35299)

708 P2d 1207

Gary D. Babcock, Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Salem.

Stephen F. Peifer, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for sexual abuse in the first degree. He contends that the court erred in allowing evidence of the results of a polygraph examination. He concedes that he and his counsel signed a stipulation that the results of the test would be admissible but contends that, because polygraph results are not scientifically reliable, the test results should have been excluded. The evidence was admissible because of the stipulation. *State v. Brown,* 297 Or 404, 687 P2d 751 (1984).

Affirmed.